IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,              No. CIV S-11-2858 KJM DAD

    v.

NGUYEN, et al.,            ORDER

        Defendants.

On August 1, 2012, plaintiff notified the court of his intent to file an amended complaint by September 5, 2012. No such complaint has been filed. In addition, on February 28, 2012, the clerk entered default against defendants Luong and Nguyen, but plaintiff has not sought a default judgment.

IT IS THEREFORE ORDERED that plaintiff show cause within fourteen days of the date of this order why the case should not be dismissed for failure to prosecute.

DATED: November 19, 2012.

                                      UNITED STATES DISTRICT JUDGE